**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL J. LOVELESS,<br><br>Plaintiff,<br><br>v.<br><br>PAROLE AUTHORITIES OF THE CALIFORNIA BOARD OF PAROLE HEARINGS,<br><br>Defendant. | No.  2:21-CV-0430-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis. ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis is, therefore, granted.

IT IS SO ORDERED.

Dated:  March 23, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1